# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### SUBPOENA
*Duces Tecum*



**GOVERNMENT EXHIBIT A**

**UNITED STATES** ~~District of Columbia~~

Vs.

Eugene Burns

Case No. 2015 CF1 017629

To   Federal Bureau of Prisons, 320 First St, NW, Washington DC 20534
Custodian of Records/Authorized Designate

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division ~~room~~/courtroom  303  of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the  29th  day of  November , 20 22 , at  9:00  a.m./~~p.m.~~ as a witness for

Eugene Burns

and bring with you   the records identified in Attachment A to this subpoena generated during Eugene Burns's (Reg. No. 62467-0007) incarceration at FCI Beckley.

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this _____ day of _____, 20 _____.

_____     _____
Officer in Charge        District

Ryan D. White
Attorney for ~~Government~~/Defendant
Phone No. (202) 942-6477

*Clerk, Superior Court Of the District of Columbia*

Authorization as required by D.C. Code s 14-307 and *Brown v. U.S.*, 567 A.2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

_____    _____
Date                    Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:** _____

I hereby certify that I have personally served, or have executed as shown in **"REMARKS,"** the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| Served upon the Litigation Branch/Rm. 977 (addr. above) | |

I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason (s) as shown in **"REMARKS."**

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
|  | 09/29/2022 - Before, at, or about, 10:30 am |

| **REMARKS** | Signature of Title of Server |
|---|---|
| Served via Federal Express; Tracking # 278519707671 | Kaleb Berhane — Criminal Defense Investigator |

## Subpoena Attachment A

1. All electronic messages, including but not limited to Corrlinks or Trulincs, from the account of Eugene Burns, including sent and received messages;

2. Any Corrlinks usage fees incurred by Eugene Burns, including itemized statements, balance sheets, etc., for email services by Corrlinks, Trulincs, or any other electronic messaging platform utilized by BOP/FCI Beckley

3. All records of phone calls made by Mr. Burns at FCI Beckley, including but not limited to call logs, call recordings, and call transcripts

4. All records related to Mr. Burns's contact information saved in any BOP telephone system